IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

FILED MAR 1 1 2024 UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | |
| PHILIP O. EMIABATA, | ) Case No: 2:24-bk-00877-DPC |
| SYLVIA N. EMIABATA | ) CHAPTER 13 |
|    Debtors-Plaintiffs | ) |
| v. | ) No.2:24-ap-00034-DPC |
| THE BANK OF NEW YORK MELLON- | )Adversary Proceeding |
| TRUST CO., N.A. et al | ) |
|    Creditors-Defendants | ) February 23, 2024 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFF-DEBTORS MOTIONS SHOWING CAUSE PURSUANT TO THE COURT ORDER DATED 02/21-2024.

**COMES NOW,** Plaintiff/Debtors PHILIP EMIABATA and SYLVIA EMIABATA ("PLAINTIFFS") Showing cause pursuant to order dated February 21, 2024 , that U.S. Bankruptcy Court for the District of Arizona should not dismiss Plaintiffs action and not sanction Plaintiffs, consistent with the Eastern District of Carolina Bankruptcy Court Order, District of Delaware and District of Columbia pursuant to their Orders Erroneously barred plaintiffs-The most egregious Abuse of Judicial Power by these said Honorable United States Bankruptcy Judges that presided over these mentions barred as seen in this order to show cause.

   Plaintiffs Appeals this Orders mentions here, and the appeals is pending, also with due respect here , Plaintiffs are also currently preparing to file a new complaint against these said judges in The United States in the US Court of Federal Claims, for their "war on the constitution" when a judge violates his oath of office to support it [ including supporting statutes of due

1

process], *Cooper v. Aaron, 358 U.S. 1, 78 S. Ct. 1401(1958).* Plaintiffs are filing this complaint in the US Court of Federal Claims for addressing evidence broken process-judicial misconduct.

Plaintiffs respectfully will not addressed the content of these **VOID** judicial order, now on appeals. Orders by judges that have been issued without jurisdiction and contain fraudulent statements as in this Plaintiffs case now pending on appeals., are void as if they never existed, a nullity. This is also considered very extreme judicial misconduct. These Judges void order furthermore states that the Plaintiffs are barred from making any filing for 4 years also another judge barred plaintiffs for 5 years et al- (1) essentially wiping out or suspending Plaintiffs First Amendment Constitutional Right to redress of grievance ; (2) wiping out or suspending Plaintiffs Fifth and Fourteenth Constitutional Right to due process;  and (3) Knowingly and willingly is an act of felony treason and conspiracy to violate rights under color of law. . ., the above reasons are issues on appeals and they will also be issues in the coming US Court of Federal Claims complaint's.

U.S. Supreme Court Chief Justice Marshall in 1821 wrote: it is "treason on the constitution" when a judge as in here, these orders that barred plaintiffs supra., Usurps [the jurisdiction] that which is not given"-which means that if a judge makes up law, and claims power that he does not have, it is an act of treason, *Cohens v. Virginia, 6 Wheat. 264, 5 L.Ed 257 (1821). The U.S. Supreme Court re-iterated this holding in U.S. v. Will, 449 U.S. 200(1980)* by affirming the statement of Chief Justice Marshall and declaring that violation of law purposely by a judge is unconstitutional., As  seen in these mentions judge's order that barred Plaintiffs, by their  Sua sponte: show cause- to Sanction, these courts motions which barred Plaintiffs Sua sponte motions-Sanctions, where designed to violate Plaintiffs Due Process.

U.S. Supreme Court judges also decided that it is a "war on the constitution" when a judge violates his oath of office . . .due process *In re Cooper v. Aaron, 358 U.S.1, 78 S.Ct. 1401 (1958).* In here Plaintiffs respectfully ask this Court if this Court is going to invoke Sanction, as see in this Court Order to show cause, Plaintiffs in here, seek via this **motion for enlargement of time for Plaintiffs to engages lawyer's or seek  lawyers advices as Pro se Plaintiffs here, are**

**facing Sanction.** Plaintiffs are asking this court for 28 day enlargements of time to enable Plaintiffs engages lawyer's or get advice from a lawyers so that Plaintiffs can put up fully defend.

In *OSI Restaurant Partners, LLC v. v. Oscoda Plastics, Inc.,* the court was sympathetic to the Plaintiffs and trial judge's frustration, but this said court emphasized the importance of due process even for a party not playing by the rules itself. For the above foregoing it appropriates to grant plaintiffs motion for enlargement for time 28 days supra.

"Plaintiffs respectfully ask that the Court enter judgment Denied Sanctions. Because there are genuine issues of material fact and triable issue of fact that exist Pursuant to Federal Rule of Civil Procedure., Rule 12(b)(6) its counterpart to Federal Rule of Bankruptcy Procedure.

In here Plaintiffs <u>Chapter 13 Voluntary Petition</u> did not reach the standard contemplate pursuant to Federal Rule of Civil Procedure Rule 8 and its counterpart, Federal Rule of Bankruptcy Procedure for complaint, pursuant to this motion plaintiffs is in here asking this court to adjourn the hearing slated on March 28, 2024 to allow plaintiffs filed a full complaint to reach the standard contemplated pursuant to Rule 8. This will enable plaintiffs put up full defense so as to prevent manifest injustice., also for Plaintiffs to engages lawyer supra.

Here, Genuine issues of material facts and matter of law exist regarding plaintiffs' claims, upon which this court sua sponte motion to dismiss and sanctions supra.

Plaintiffs in here asking through this court, seeking full Disclosure of these Creditors-Defendants, who unlawfully took plaintiffs properties, hence they are in violation of both States and Federal Constitutional right of plaintiffs in here, it is proper to allow Federal Rule of Bankruptcy Procedure Rule 9017-Evidence. To show the interest of these Creditors who openly and unlawfully took Plaintiffs property, **What are the interest these Tortfeasors Creditors have in these Plaintiffs Properties?, in here Rule 9017 will ferret out the truth.**

A. **RULE 9017- EVIDENCE**

The Federal Rules of Evidence and Rules 43, 44 and 44.1 F. R. Civ .P. , apply in this case under the 1994 US Code as plaintiffs here are facing this Sua sponte motion to dismissed/sanctions pursuant to this court order that plaintiffs should show cause while plaintiffs case should not be

3

Case 2:24-bk-00877-DPC  Doc 43  Filed 03/11/24  Entered 03/12/24 10:56:29  Desc
Main Document    Page 3 of 11

dismissed with prejudice based on all the above, it is appropriate to allowed **Rule 9017,** this will enable plaintiffs showed that they are not in this court in bad faith, and are not engage in abuse of the bankruptcy procedure.

Plaintiffs are the victims of these Creditors who unlawfully taking plaintiffs properties and prior Chapter 13 Trustee who failed in their obligations to protect both debtors and creditors. As seen in those prior Chapter 13 motion to dismiss et al, it shows, with due respect, chapter 13 trustee is only interesting to dismiss plaintiffs case. But not ready to ferret out the truth, which are some of the duty of these, Acting United States Trustee and their agents, Chapter 13 Trustee, please I need somebody to let me know, the legal obligations of these Acting United States Trustee and their agents the Chapter 13 Trustee?., the true here their legal obligations are to protect, debtors against abuse by the creditors, not as in here as seen, prior Chapter 13 Trustee abusing Plaintiffs by this harassment/intimidation motion to dismiss, without conducting further fare investigation, seeking first, the truth , before their erroneous motion to dismiss et al, the prior Chapter 13 Trustee, with due respect to this court, prior Chapter 13 Trustee and those judges which presided over prior case as seen in this court order, becomes snare, that snare the innocent(Plaintiffs) and set free the guilty (tortfeasors creditors)

After Plaintiffs filed their full complaint it will sufficiently alleges harms, damages, breach of contract, hence this will allowed this court have subject matter jurisdiction and adjudicate this case on it merit. Accordingly, in here, Defendant's Chapter13 motion should be Denied

In here denied Defendant motion is appropriate for the following reasons:

B. **BACKGROUND**

(1)   Plaintiffs filed for bankruptcy protection on February 5, 2023 **(Doc., # 1.)**

(2)  Motion to Dismiss case filed by Sua sponte on February 21, 2024, this motion to dismiss was filed just 16 days after Plaintiffs voluntary petition, in here this showed that this Hon., Court was waiting for Plaintiffs with bad mind and bad faith dealing, carrying what Plaintiffs did in their prior bankruptcy case, in appeals to here, this actions wit due respect here, amount to

4

abuse of obligation to diligently investigate and protect debtor, before this motion to dismissed cum sanction.

In here what have plaintiffs did wrong in this court on February 21, 2024 that warrant this motion to dismiss supra.

All things been equal Plaintiffs cure their deficiency

(5) With due respect, here we go again, Order to Show Cause, on February 21, 2024, what have Plaintiffs did wrong here, that Plaintiffs will be showing cause, notwithstanding that Plaintiffs cured pursuant to the notice to cure, and also Plaintiffs send along their Adversary Proceeding Complaint, pursuant to this Plaintiffs Complaint shown the reasons why this court should not dismiss this case before Due process

C. **DRASTIC SANCTIONS**

In here Plaintiffs is seeking to filing the proper pleading because in here, Plaintiffs Voluntary Petition is not a proper pleading as this court proposed that plaintiffs case may be dismiss with prejudice base on this, it will be proper to allow Plaintiff to filed proper pleading/complaint. Or take Plaintiffs Adversary proceeding as full complaints as the Adversary proceeding complaint shows the reasons of this court jurisdiction.

As a general principle, federal courts are hesitant to issue orders depriving parties from obtaining a hearing on the merits of their claims, in here after Plaintiffs file their proper pleading or this court's takes Plaintiff Adversary proceeding as proper pleading before this case can be resolved on merit, not in here, Plaintiffs Voluntary Petition is not a full pleading/complaint, contemplated pursuant to Rule 8 or it counterpart Federal Rule of Bankruptcy Procedure. Whether the issue be one of setting aside a default, see e.g. Medunic v. Lederer, 533 F. 2d 891, 893-94 (3d Cir. 1951) (" a standard of 'liberality,' rather than 'strictness' should be applied in acting on a motion to set aside a default judgment, and that'(a)ny doubt should be resolved in favor of the petition( in here, plaintiffs full and proper pleading/complaint) to set aside the judgment so that cases may be decided on their merits"') (quoting Tozer v. Charles A. Krause Mill. Co.,, 189 F. 2d 242, 245-46 (3d Cir. 1951))

5

In here it is proper to allow Plaintiffs filed their proper pleading or takes Plaintiffs Adversary Proceeding Complaint as proper pleading, before this case can end on merits and by set aside the hearing to show cause slated for February 26, 2024 to March 28, 2024, this will give Plaintiffs time to filed their complaint and engages lawyer supra. one of sanctions, see, e.g., Poulis v. State Farm Fire and Cas. Co., 747 F. 2d 863, 867-68 (3d Cir. 1984) ("dismissals with prejudice or defaults are drastic sanctions termed "extreme" by the Supreme Court. . ., and are to be reserved for comparable cases")not in here when Plaintiffs have not filed proper pleading supra.

D. **FDCPA**

Congress enacted the FDCPA to eliminate abusive debt collection practices and to ensure that debt collectors who refrain from such practices are not competitively disadvantaged. 15 U. S. C. § 1692 (a), (e). The FDCPA regulates the conduct of "debt collectors," this the Chapter 13 Trustee and this Hon. Court's knows for the Chapter 13 Trustee and this court failure to investigate proper before filing motion to dismiss Plaintiff action , this action amount to abuse of the due process and abuse to Plaintiff whom these tortfeasors creditors wrongly , violation of Plaintiff Constitutional rights:

a. taking Plaintiffs Properties, violation of plaintiffs constitutional rights, these and more are what these creditors committed or did to Plaintiffs here, the FDCPA regulates the conduct of "debt collectors," defined to include "any person who uses any instrumentality or interstate commerce or the mails in any business the principal purpose of which is the collection of debts. These creditors are collectors of debt. After these creditors wrongly taking Plaintiffs properties, and they are engages in fraudulent foreclosure plaintiffs properties and then turn around asking Plaintiffs to pay them, these actions, of these creditors violated FDCPA., That is some of the gravamen, while Plaintiffs filed this Chapter 13 and its Adversary Proceeding Complaint to seek redress from this court.

Abuse of the judicial process should not be tolerated, The abusers in this case are not Plaintiffs whom properties were wrongfully taking without compensation, unlawfully Detain, unlawful possession and with due respect here, Chapter 13 Trustee and in here, if this court

6

impose Sanction before resolved all these grievances as seen in this Adversary proceeding complaint, became a snare that snare the victims, and let the guilt go free, in here Plaintiffs which properties were wrongfully taking, and detain, these said Plaintiffs properties one of them was only return to plaintiffs just above a year ago, evidence in the Connecticut Bankruptcy procedure, had it.

Prior Chapter 13 Trustee asserting that Plaintiffs filed many Bankruptcy Procedure, which is correct but after many Bankruptcy case, it is in one of these cases which prior Acting United States Trustee claiming that Plaintiffs are abusing the Bankruptcy Procedure, just one year ago the tortfeasors Creditors returned one of these said Plaintiffs properties , at this time one of Plaintiffs property is still in the hands of these creditors. Some of the reasons Plaintiffs filed this cases is that as of today been February 23, 2024, Plaintiffs properties are still in the hands of these tortfeasors creditors, **<u>hence continue violations doctrine applicable to this cases.</u>**

This property, which is still in hands of these creditors that is the property knowns as 4510 Little Hill Circle., To show how erroneous these creditors' abuse Plaintiffs they claims that they these tortfeasors creditors foreclosed on this said property in 2008 but as seen in here, Plaintiffs Exhibit in-cooperation here with attached reference (A) show that these tortfeasors creditors finances this property in 2012 and plaintiffs Exhibit (B) show that Plaintiffs were making mortgage loan payment in the year 2008 to about 2016, in here the question is, who engage in fraud and abuse, the answer is affirmative yes, the creditors , with the help of those Trustee and the Bankruptcy Judges who presided over those court cases , asserting here, by prior Chapter 13 trustee., as many Bankruptcy Procedure, here those tossing mud, are in here the abuser. Plaintiffs have enclosed these said Exhibits in their ready mailed in which accompanying this motion on February 23, 2024.

When plaintiffs filed their proper pleading complaint, Plaintiffs are going to show the reason plaintiffs filed their many Bankruptcy Procedure to save their houses and it is based on Excusable Negligent and Doctrine of Necessity, which are in here, Harmless Error

In this great Country of us for it to take Plaintiffs many Bankruptcy Procedure to get back some of their properties which was unlawfully taking, this proves , that Poor People, Color

7

Case 2:24-bk-00877-DPC   Doc 43   Filed 03/11/24   Entered 03/12/24 10:56:29   Desc
Main Document    Page 7 of 11

People and African-American, will always fight very hard just to get justice, this is the Best Country in the world, and many Judges are fighting hard to strive for justice, but as human being we will always have a bad eggs, and some snakes, all they do best, is to destroy or bites, Plaintiffs are not going to stop fighting for their legal rights, one day plaintiffs case will come in front of a Judges, that is seeking for the rights of all people, then Plaintiffs will get justice and make these Creditors give back plaintiffs property which is still in the hands of these Creditors supra.

Regarding the case where One Honorable Judge Barred Plaintiff's four (4) years, Plaintiff's is appealing that decision and the judgment is a void Judgment, because the judgment was based on erroneous, fraud and misleading etc. and this judge does not have the power to impose that judgment or final Order, because this said judge usurp the power of the District Judge at the time of this said Order, District Court case was going on as Article 111 court, this Honorable said judge should have waited for the Federal District Court to resolve the same case pending simultaneously in the district court and bankruptcy court, that is some of the reasons Plaintiffs are appealing that Order et al.

Secondly as Plaintiff's is seeking for Amendment to file its full pleading or complaint, Plaintiffs here reserves their rights to Supplement to this Motion. Plaintiffs Debtors here expressly reserves their rights to Supplement, Clarify, Revise, or Correct any or all of their responses and their Objection in here, and to Assert Additional Objections in or more subsequent Supplemental Response(s) to Plaintiffs- Debtors motion in opposition or show cause to or motion to dismiss with sanction.

After Plaintiffs are allowed to filed their first amendment full pleading or complaint in this matter, then Plaintiffs will file their supplementary motions in opposition to Sua sponte motion to dismiss with Sanction's, Chapter 13 Trustee and this court in here, representing these tortfeasors Creditors, see Sua sponte Motion to Dismiss/Sanction shows, this Hon. Court with the Chapter 13 Trustee are working hard to protect these tortfeasors Creditors, but not Plaintiffs Pro Se litigant who are victims of these creditors.

8

In here, it is appropriate this honorable court should stay its, Scheduling Order Deadlines, February 26, 2024 for Plaintiffs-Debtors to file their proper pleading or Complaint and engages lawyers supra, 28 days to allowed Plaintiff- Debtors put up full defenses supra. In Plaintiffs proper complaint proceeding plaintiffs will show that Robert Piscitelli, Esq, et al, Perjury and lying in the Connecticut Court action, regard the property known as 508 Evening Grosbeak Drive, with due respect here, the Honorable Judge that presided over the said US Bankruptcy Delaware case lie and committed perjury which amount to judge misconduct, facts in this said case, that is the Delaware action had it, this is not Plaintiffs soap box.

(1) Creditors Violate Plaintiff-Debtors Rights. . . , Deprivation of Property rights (unlawfully Taking) without Compensation. These are some of the pending Issues pending in the District Court case # 23-01054 (RGA)

(2) Creditors are in Violation of Compensation Clause of the Fifth Amendment

(3) These creditors engage on Wrongful Detain Plaintiffs Properties and in here the doctrine of continue violation apply here.

(4) These creditors are in violation of The constitutional rights that protect Plaintiffs.

(5) These Creditors are in violation of the Right to Contract to mention but a few in here.

E. The Advisory Committee notes point out that Rule 11 and its counterpart FRBP should not be used "to emphasize the merits of a party's position, to exact an unjust settlement, [or] to intimidate an adversary into withdrawing contentions that are fairly debatable." See _Laborers Local 938 Joint Health & Welfare Trust Fund v. B.R. Starnes Co. of Florida, 827 F. 2d 1454, 1458 (11th Cir. 1987)_(affirming the denial of sanctions where the issues were fairly debatable and not easily resolved and there was no clear binding precedent) as in this case at bar. The misuse of Rule 11 or its Bankruptcy Rule counterpart is in and itself sanctionable. See E. GLUCK Corp v. Rothenhaus, 252 F.R.D. 175, 179 (S.D.N.Y. 2008) ("[T]he filing of a motion for Sanctions is itself subject to the requirement of the rule and Lead to Sanctions")(citation Omitted)

When motion for sanctions are not based as means to filter a frivolous claim but as tactic to remove Tortfeasors Creditors to answer to their wrongdoing, and motion design to violate

9

Plaintiffs Due process-Legitimate Claim in an evolving and uncharted of law., May be Sanctions itself, for its design sanctions motion to violate due process . the court have jurisdiction over this case pursuant to these creditors-defendants violated the Fifth and Fourteenth Amendments Equal Protection Clause, 42 U.S.C. § 1982 Property Right, and 42 U.S.C. § 1985(3) Provides Citizens with a cause of action against Private Conspiracies to violate Constitutional Rights et al.

### F.  CONCLUSION

For the foregoing reasons, Plaintiff Debtor respectfully requests that this Court Denied the motion to dismiss/Sanction Plaintiffs case., alternatively Plaintiffs hereby asking this Court to grant this motion, and deny motion to Dismiss, allowed plaintiffs to file their full and proper pleading as in here and to engages lawyer as this is first motion for enlargement for time in this matter, Plaintiffs Voluntary Petition does not amount to full complaint., amend plaintiffs Voluntary Petition as its facing the Sua sponte motion to dismiss et al and this court Order to show cause with dismissal with perjury, pursuant to **Federal Rule of Civil Procedure Rule 15** and it counterpart Federal Rule of Bankruptcy Procedure call for amendments, which should, be freely giving as no defendant's or any parties will be prejudice in here.

And stay of scheduling Order deadlines of February 26, 2024, to March 28, 2024 to file Plaintiffs motions showing cause pursuant to this court order supra. Here, Genuine Issues of material facts and matter of law exist regarding Plaintiff Claims., in here, it is proper to grant this motion.

Respectfully submitted. _/s/ Philip Emiabata_

Philip Emiabata /s/ Philip Emiabata and  Sylvia Emiabata /s/Sylvia Emiabata

2940 Market St, NE 408 Washington DC 20018, and 857 Post Road #139 Fairfield, CT 06824.

Tel. 203-610-9605

Email: philipemiabata@yahoo.com

### CERTICATE OF SERVICE

This is to certify on the 23rd day of February 2024, a copy of the foregoing was file via FedEx overnight Mail paid, to the court and served by first class mail to anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing., Parties may access this filing through the Court's CM/ECF system. And this motion was also send via Email Address: Denine_Downs@azb.uscourts.gov , Email Address: Dallin_Haendricks@azb.uscourts.gov

Attn: Dallin Hendricks law clerk. Tel. # 602-682-4226.

Philip Emiabata./s/Philip Emiabata